IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

|  |  |  |
|---|---|---|
| United States of America, | ) | Criminal Action No.: 0:19-cr-00420-JMC |
|  | ) |  |
| v. | ) | **VERDICT FORM** |
|  | ) |  |
| Robert Andrew Sprouse, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

WE, THE JURY, following due deliberations in the above matter, unanimously return the following verdict:

### COUNT 1
(Conspiracy to Violate Federal Law)

1. As to Count 1, we unanimously find Defendant Robert Andrew Sprouse:

☐ Not Guilty

☑ Guilty

(If you found the defendant "Guilty" of Count 1 above, please proceed to answer Questions 1A, 1B, 1C, 1D, and 1E. If you found the defendant "Not Guilty" of Count 1, do not answer Questions 1A, 1B, 1C, 1D, or 1E.)

WE, THE JURY, find the conspiracy involved the following objects:

1A. ☐ Wire fraud in violation of 18 U.S.C. § 1343

1B. ☐ Tampering in violation of 18 U.S.C. § 1512(c)(1)

1C. ☑ Falsification of records in federal investigation in violation of 18 U.S.C. § 1519

1D. ☐ False statement in violation of 18 U.S.C. § 1001(a)(2)

1E. ☑ Federal program theft in violation of 18 U.S.C. § 666(a)(1)(A)

1

## COUNT 4
(Tampering)

4. As to Count 4, we unanimously find Defendant Robert Andrew Sprouse:



☑ Not Guilty

☐ Guilty

## COUNT 5
(Falsification of Records)

5. As to Count 5, we unanimously find Defendant Robert Andrew Sprouse:

☐ Not Guilty

☑ Guilty

## COUNT 6
(Falsification of Records)

6. As to Count 6, we unanimously find Defendant Robert Andrew Sprouse:

☑ Not Guilty

☐ Guilty

## COUNT 8
(False Statement)

8. As to Count 8, we unanimously find Defendant Robert Andrew Sprouse:

☐ Not Guilty

☑ Guilty

## COUNT 9
(Federal Program Theft)

9. As to Count 9, we unanimously find Defendant Robert Andrew Sprouse:

☐ Not Guilty

☑ Guilty

I certify that this decision is the unanimous decision of the jury.

_____
FOREPERSON

April __23__, 2021
Columbia, South Carolina

3